IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEVAN JARAMILLO,

    Plaintiff,

v.                                                        No. 23-cv-00707-MV-KRS

BERNALILLO COUNTY, CITY OF
ALBUQUERQUE, METROPOLITAN
DETENTION CENTER,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). Plaintiff is incarcerated and proceeding *pro se*. Plaintiff's Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint. On August 23, 2023, the Clerk's Office sent Plaintiff a blank § 1983 complaint and motion to proceed *in forma pauperis*. He has not returned the forms. Plaintiff must file a complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (23-cv-00707-MV-KRS). In addition, all mailing envelopes should be labeled as "Legal Mail" and include Plaintiff's inmate number. The failure to timely comply with this Order may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or, alternatively, submit an *in*

*forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

      **IT IS SO ORDERED**.

                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE